TAYLOR LAW GROUP, APC
Daniel J. Taylor, California Bar No. 241404
  Daniel@thetaylorlawgroup.com
555 W. 5th Street, 35th Floor
Los Angeles, CA 90013
Telephone: (213) 986-5290
Facsimile: (213) 402-3716

*Attorneys for Plaintiff HERMANDAD MEXICANA NACIONAL*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HERMANDAD MEXICANA NACIONAL, a California Non-Profit Corporation,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**HERMANDAD MEXICANA TRANSNACIONAL, INC., a California Corporation; GLORIA SAUCEDO, an individual; DORA PALOMINOS, an individual; DOLORES MENDEZ, an individual; ESMERALDA CHAIDEZ, an individual; LUZ MARINA MOSQUERA, an individual; TERESA CAROLINA MORENO, an individual; ALFONSO INIGEZ, an individual; ALEX ROA, an individual; and DOES 1 through 10, inclusive,**<br><br>**Defendants.** | **Case No.   2:16-CV-4332**<br><br>**COMPLAINT FOR:**<br><br>**(1) TRADEMARK INFRINGEMENT (15 U.S.C. §1114);**<br><br>**(2) UNFAIR COMPETITION (15 U.S.C. §1125);**<br><br>**(3) UNFAIR COMPETITION (Cal. Bus. & Prof Code §17200 et seq.)**<br><br>**(4) FALSE DESCRIPTION (15 U.S.C. §1125); and**<br><br>**(5) INJURY TO BUSINESS REPUTATION;**<br><br>**DEMAND FOR JURY TRIAL** |

1    Plaintiff HERMANDAD MEXICANA NACIONAL ("HMN") for its
2  complaint against Defendants HERMANDAD MEXICANA
3  TRANSNACIONAL, INC., GLORIA SAUCEDO, DORA PALOMINOS,
4  DOLORES MENDEZ, ESMERALDA CHAIDEZ,  LUZ MARINA
5  MOSQUERA, TERESA CAROLINA MORENO, ALFONSO INIGEZ,
6  ALEX ROA and DOES 1-10, (collectively "DEFENDANTS") alleges as
7  follows:

8

9                          **<u>INTRODUCTION</u>**

10

11    1.    DEFENDANTS seek to capitalize on the long standing excellent
12  reputation of Plaintiff HERMANDAD MEXICANA NACIONAL by
13  infringing HMN's registered trademarks.  HMN has operated since 1976 and
14  is a leader in community organizing, volunteering and immigration
15  consulting.  HMN is a reliable immigration consulting non-profit that helps
16  people navigate the immigration and naturalization process. HMN is well
17  known as a reliable and trustworthy organization that served the community
18  with integrity since its founding.

19    2.    DEFANDANTS have sought to capitalize on HMN's good name
20  by operating immigration service businesses using the confusingly similar
21  name HERMANDAD MEXICANA TRANSNACIONAL.  Unlike HMN,
22  DEFENDANTS perform shoddy work, regularly exceed the limited role of
23  immigration consultants under the Immigration Consultants Act, and charge
24  excessive prices to people looking for help with the immigration process.

25    3.    HMN is informed and believes and based thereon alleges that
26  individuals have filed complaints with consumer affairs organizations
27  against DEFENDANTS alleging that DEFENDANTS failed to fill out forms
28  correctly, failed to inform them of hearing dates, and charged thousands of

-1-

dollars while failing to provide services.  So egregious are the actions of DEFENDANTS that the Los Angeles City Attorney filed criminal charges against SAUCEDO on or about March 31, 2016 for failing to comply with the Immigration Consultants Act and the unlicensed practice of law.  A true and correct copy of a statement from the Los Angeles City Attorney's office website lacityattorney.org is attached hereto as Exhibit "A."

4.     DEFENDANTS use of the confusingly similar "HERMANDAD MEXICANA TRANSNACIONAL" name has caused extensive confusion in the community and tarnishes HMN's reputation.   HMN now brings suit to stop DEFENDANTS' blatant acts of infringement in order to restore integrity to HMN's name.

## THE PARTIES

5.     Plaintiff HMN is a California non-profit corporation with a principal place of business at 11559 Sherman Way, North Hollywood, CA 91605.  HMN has provided immigration consulting services since 1976. HMN operates several locations throughout Southern California and Dallas, Texas.

6.     Defendant HERMANDAD MEXICANA TRANSNACIONAL ("HMT") is a California Corporation with a principal place of business at 7915 Van Nuys Blvd., Panorama City, CA 91402.   HMN is informed and believes and thereon alleges that HMT was formed in 2004.

7.     Defendant GLORIA SAUCEDO ("SAUCEDO,") is an individual, residing in Los Angeles County, California.  HMN is informed and believes and based thereon alleges that SAUCEDO was once a board member of HMN and is now the owner and director of HMT.

8.     Defendant DORA PALOMINOS ("PALOMINOS,") is an individual residing in Los Angeles County, California.  HMN is informed and believes and based thereon alleges that PALOMINOS is affiliated with SAUCEDO and is the director of an immigration services office using the name "HERMANDAD MEXICANA TRANSNACIONAL," located at 2045 E. Palmdale Blvd, Palmdale, CA 93550.

9.     Defendant DOLORES MENDEZ ("MENDEZ,") is an individual residing in Sacramento County, California.  HMN is informed and believes and based thereon alleges that MENDEZ is affiliated with SAUCEDO and is the director of an immigration services office using the name "HERMANDAD MEXICANA TRANSNACIONAL," located at 4905 Stockton Bvld., Sacramento, CA 95820.

10.    Defendant ESMERALDA CHAIDEZ ("CHAIDEZ,") is an individual residing in Los Angeles County, California.  HMN is informed and believes and based thereon alleges that CHAIDEZ is affiliated with SAUCEDO and is the director of an immigration services office using the name "HERMANDAD MEXICANA TRANSNACIONAL," located at 13521 Hubbard St., Sylmar, CA 91342.

11.    Defendant LUZ MARINA MOSQUERA ("MOSQUERA,") is an individual residing in Clark County, Nevada.  HMN is informed and believes and based thereon alleges that MOSQUERA is affiliated with SAUCEDO and is the director or officer an immigration services office using the name "HERMANDAD MEXICANA TRANSNACIONAL," located at 2900 E. Stewart Ave, Las Vegas, NV 89101.

12.    Defendant TARESA CAROLINA MORENO ("MORENO,") is an individual residing in San Diego County, California.  HMN is informed and believes and based thereon alleges that MORENO is affiliated with SAUCEDO and is the director of an immigration services office using the

name "HERMANDAD MEXICANA TRANSNACIONAL," located at 2440 National City, CA 91950.

13.    Defendant ALFONSO INIGEZ ("INIGEZ,") is an individual residing in Clark County, Nevada.  HMN is informed and believes and based thereon alleges that INIGEZ is affiliated with SAUCEDO and is the director of an immigration services office using the name "HERMANDAD MEXICANA TRANSNACIONAL," located at 104 N. Poinsettia Ave., Compton, CA 90221.

14.    Defendant ALEX ROA ("ROA"), is an individual residing in Clark County, Nevada.  HMN is informed and believes and based thereon alleges that MOSQUERA is affiliated with SAUCEDO and is the director of an immigration services office using the name "HERMANDAD MEXICANA TRANSNACIONAL," located 2900 E. Stewart Ave, Las Vegas, NV 89101.

15.    HMN is informed and believes and based thereon alleges that there exists a unity of interests between SAUCEDO and HMT such that separate legal personalities between her and HMT no longer exist and treating the acts alleged herein as those of the corporation alone would promote injustice.

16.    Defendants DOES 1 through 10 are named as fictitious defendants who have participated with or acted in concert with one or more of the defendants, or who have acted on behalf of or as agents, servants or employees of one or more of the defendants named herein, but whose true names and capacities, whether individual, corporate, or otherwise, are presently unknown to HMN.   Because HMN is presently unaware of the true names and capacities of the defendants Does 1 through 10, HMN sues them herein by fictitious names, but will seek leave to amend this Complaint when their true names and capacities are discovered.

-4-

COMPLAINT

17.     HMN is further informed and believes and based thereon alleges, that after a reasonable opportunity for investigation or discovery there is likely to be evidentiary support that at all times mentioned herein, each of the Defendants, including the Defendants sued herein as Does 1 through 10, inclusive, was, and is, the duly authorized agent, servant, representative, joint venture, partner, employee, and/or alter-ego of each of the other defendants, and in doing the things alleged herein, was acting within the course and scope of their respective authority as agents, servants, representatives, joint venturers, partners, employees, and/or alter egos and with the permission and consent of the other defendants, and each defendant having ratified the acts of the other defendants.

## JURISDICTION AND VENUE

18.     This is a complaint for Trademark Infringement, Unfair Competition, and False Description arising under §§ 32 and 43 of the Lanham Act, 15 U.S.C. §§ 1114(1) (Trademark Infringement) and 1125(a) (Unfair Competition and False Description), for Unfair Business Practice arising under California Business and Professions Code § 17200 et seq., and for injury to business reputation.

19.     This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1338(a) and 15 U.S.C. § 1121. This Court has related claim jurisdiction over the state law claim pursuant to 28 U.S.C. § 1338(b) and 28 U.S.C. § 1367.

20.     This Court has personal jurisdiction over the defendants HMT, SAUCEDO, PALOMINOS, MENDEZ, CHAIDEZ, MORENO, INIGEZ, and ROA because they are citizens of the State of California.

21.     This Court has personal jurisdiction over defendant MOSQUERA due to her continuous and systematic contacts with the State of California as officer or director of HMT and has directed activities toward the State of California giving rise to the claims alleged herein.

22.     Venue is proper in this district under 28 U.S.C. §1391(b) and (c) because a substantial part of the events or omissions giving rise to the claims occurred this district, a substantial part of the property that is the subject of the action is situated in this district, and HMN and HMT maintain their principal places of business in this district.

## FACTUAL BACKGROUND

23.     HMN is a non-profit company that provides immigration consulting services in accordance with the Immigration Consultants Act, organizes volunteer programs, and performs community service projects. HMN has helped individuals with immigration and naturalization issues since 1976.  Over decades of service, HMN has developed an excellent reputation in the community and established substantial business goodwill. HMN prides itself of maintaining the integrity of its organization and the services it provides.

24.     In 2014, HMN obtained registered service marks for its name, "HERMANDAD MEXICANA NACIONAL," Registration No. 4,512,889, and logo, Registration No. 4,558,373 with the United States Patent and Trademark Office.  A true and correct copy of Registration No. 4,512,889 is attached hereto as Exhibit "B."  A true and correct copy of Registration No. 4,558,373 is attached hereto as Exhibit "C."

25.     HMN has conducted business, performed services, and extensively advertised using its name "HERMANDAD MEXICANA

1  NACIONAL" such that consumers immediately associate the mark with

2  HMN.

3      26.    HMN is informed and believes and based thereon alleges that

4  Defendant SAUCEDO, a former board member of HMN, founded HMT and

5  chose the confusingly similar name "HERMANDAD MEXICANA

6  TRANSNACIONAL" with the intent to capitalize from the goodwill HMN

7  has developed under its name.  SAUCEDO had full knowledge of HMN's

8  name and intentionally chose a confusingly similar name in order to

9  capitalize on HMN's good reputation without permission.

10     27.    In or about July, 2013, HMN sent a cease and desist letter to

11 SAUCEDO asking her to cease use of the "HERMANDAD MEXICANA

12 TRANSNACIONAL" mark.  A true and correct copy of the July 2013 cease

13 and desist letter is attached hereto as Exhibit "D."

14     28.    SAUCEDO and HMT did not cease use of the "HERMANDAD

15 MEXICANA TRANSNACIONAL" mark and continued to intentionally

16 infringe upon HMN's rights.

17     29.    HMN is informed and believes and based thereon alleges that

18 rather than cease use of the mark, SAUCEDO expanded her use of the

19 infringing name by allowing or encouraging PALOMINOS, MENDEZ,

20 CHAIDEZ, MORENO, INIGEZ, MOSQUERA and ROA to use the

21 "HERMANDAD MEXICANA TRANSNACIONAL" name for their

22 immigration consultation businesses.

23     30.    The specific nature of the relationship between HMT and

24 PALOMINOS, MENDEZ, CHAIDEZ, MORENO, INIGEZ, MOSQUERA

25 and ROA is unknown to HMN.  However, HMN is informed and believes

26 and based thereon alleges that MOSQUERA and are offices and directors of

27 HMT.   HMN is informed and believes and based thereon alleges that

28 MENDEZ,   CHAIDEZ,   MORENO,   INIGEZ,   and   ROA   operate

1    independently of HMT, but coordinate with SOUCEDO and utilize the
2    "HERMANDAD MEXICANA TRANSNACIONAL" name.

3        31.    HMN is informed and believes and based thereon alleges that
4    each of the DEFENDANTS chose to use the "HERMANDAD MEXICANA
5    TRANSNACIONAL" name for their immigration consulting businesses,
6    without permission from HMN, either on their own or in concert with
7    SAUCEDO, in order to improperly trade on the goodwill developed by
8    HMN.  As such, each of the DEFENDANTS named herein were an active
9    conscious force behind their decision to use the "HERMANDAD
10   MEXICANA TRANSNACIONAL" name.

11       32.    DEFENDANTS use of the name "HERMANDAD MEXICANA
12   TRANSNACIONAL" is virtually identical and confusingly similar to
13   HMN's registered "HERMANDAD MEXICANA NACIONAL" mark.

14       33.    DEFENDANTS and HMN operate in the same industry,
15   providing immigration consultation; are located in the same geographic
16   locations, predominately Southern California and various other States; target
17   the same customers, the Spanish-speaking population; and market using the
18   same channels of trade, namely, print media, television, Internet and social
19   media.

20       34.    HMN is informed and believes and based thereon alleges that
21   DEFENDANTS have widely promoted the use of their confusing similar
22   name on signs at their places of business, in fliers and marketing materials,
23   on Internet websites, and on social media.

24       35.    HMN is informed and believes and based thereon alleges that
25   HMT operates a website at "hermandadmexicanatransnacional.org" that uses
26   the   confusingly   similar   name   "HERMANDAD   MEXICANA
27   TRANSNACIONAL."   A true and correct copy of the homepage of
28   "hermandadmexicanatransnacional.org" is attached hereto as Exhibit "E."

-8-

36.     HMN is informed and believes and based thereon alleges that HMT also operates a website utilizing the infringing name at "hermandadlasvegas.org."  A true and correct copy of the homepage of "hermandlasvegas.org" is attached hereto as Exhibit "F."

37.     DEFENDANTS use of the "HERMANDAD MEXICANA TRANSNACIONAL" mark has caused extensive actual confusion in the community such that numerous people are regularly confused or believe that DEFENDANTS' businesses are somehow affiliated with HMN.

38.     HMN is informed and believes and based thereon alleges that DEFENDANTS do not have the same high standard of service provided by HMN. DEFENDANTS charge thousands of dollars for their services, regularly exceed the limited role of immigration consultants and instead act as attorneys and advocates without the authorization to practice law, and have, on several occasions, failed to timely file paperwork or faithfully perform services to their customers.

39.     In fact, starting in March, 2016, the Los Angeles City Attorney initiated criminal charges against SAUCEDO for the unlicensed practice of law and for violation of the Immigration Consultants Act.  The investigation and criminal charges against SAUCEDO have been covered by news media including ABC7 local news and many others sources.  A true and correct copy of a website article from abc7.com dated April 1, 2016 is attached hereto as Exhibit "G."

40.     DEFENDANTS' illicit activities and the resulting criminal charges by the City Attorney and associated negative news coverage has significantly tarnished the consuming public's opinion of HNM's trademark.

41.     HMN has no choice but to file this lawsuit to stop DEFENDANTS' use of infringement, restore the integrity of its trademark and seek to repair the damage done by DEFENDANTS.

1

## **FIRST CAUSE OF ACTION**

2

(TRADEMARK INFRINGEMENT (15 U.S.C. §1114) against all

3

DEFENDANTS)

4

5       42.    HMN repeats and realleges each and every allegation of the

6   previous paragraphs as if separately set forth at length and incorporated

7   herein.

8       43.    DEFENDANTS' use of the "HERMANDAD MEXICANA

9   TRANSNACIONAL" mark constitutes an infringement of HMN's

10  registered trademark and is likely to cause confusion, mistake and deception

11  of the public as to the identity and origin of DEFENDANTS' services,

12  causing irreparable harm to HMN for which there is no adequate remedy at

13  law.

14      44.    As a direct and proximate result of DEFENDANTS' acts,

15  DEFENDANTS have wrongfully taken HMN's profits and the benefits of its

16  established goodwill.  DEFENDANTS should therefore cease use of the

17  "HERMANDAD MEXICANA TRANSNACIONAL" mark, disgorge all

18  profits from their unlawful use of the "HERMANDAD MEXICANA

19  TRANSNACIONAL" mark, and pay for corrective advertising.

20      45.    Because of DEFENDANTS' acts of infringement, HMN has

21  suffered damaged in an amount to be proven at trial;

22      46.    In committing the infringing acts described herein,

23  DEFENDANTS have acted internationally, fraudulently, and maliciously

24  and, therefore, HMN is entitled treble damages under the Lanham Act.

25      47.    Because of DEFENDANTS' acts of infringement, HMN has

26  suffered and will continue to suffer irreparable injury unless and until the

27  Court enters an order enjoining DEFENDANTS from further acts of

28  infringement.

**SECOND CAUSE OF ACTION**

(UNFAIR COMPETITION (15 U.S.C. §1125(a) against all

DEFENDANTS)

48.    HMN repeats and realleges each and every allegation of the previous paragraphs as if separately set forth at length and incorporated herein.

49.    DEFENDANTS use of the "HERMANDAD MEXICANA TRANSNACIONAL" mark to promote their services constitutes Unfair Competition pursuant to 15 U.S.C. §1125(a).  DEFENDANTS use of the mark is likely to cause confusion, mistake and deception among consumers. DEFENDANTS' unfair competition has caused and will continue to cause damage to HMN and is causing irreparable harm to HMN for which there is no adequate remedy at law.

**THIRD CAUSE OF ACTION**

(UNFAIR COMPETITION (Cal. Bus. & Prof Code §17200 et seq.)

against all DEFENDANTS)

50.    HMN repeats and realleges each and every allegation of the previous paragraphs as if separately set forth at length and incorporated herein.

51.    DEFENDANTS' actions discussed herein constitute unfair competition within the meaning of California Business and Professions Code §17200.

52.    Pursuant to California Business and Professions Code §17203, HMN is entitled to preliminary and permanent injunctive relief ordering DEFENDANTS to cease use of the "HERMANDAD MEXICANA

-11-

TRANSNACIONAL" name, as well as disgorgement of all of DEFENDANTS' profits associated with this unfair competition.

## **FOURTH CAUSE OF ACTION**

(FALSE DESCRIPTION (15 U.S.C. §1125(a) against all DEFENDANTS)

53.    HMN repeats and realleges each and every allegation of the previous paragraphs as if separately set forth at length and incorporated herein.

54.    DEFENDANTS'    "HERMANDAD    MEXICANA TRANSNACIONAL" mark is such a colorable imitation and copy of HMN's established trademarks in the immigration community that DEFENDANTS' use thereof is likely to create confusion, or case mistake, or to deceive consumers as to the affiliation, connection or association of HMN's services, or to deceive customers as to the origin, sponsorship or approval of DEFENDANTS' products.

55.    HMN avers that DEFENDANTS' use of the term "HERMANDAD MEXICANA TRANSNACIONAL" comprises a false description or representation of such service under 15 U.S.C. §1125(a)

## **FIFTH CAUSE OF ACTION**

(INJURY TO BUSIENSS REPUTATION against all DEFENDANTS)

56.    HMN repeats and realleges each and every allegation of the previous paragraphs as if separately set forth at length and incorporated herein.

-12-

57.     HMN alleges that DEFENDANTS' use of HMN's trademark inures HMN's business reputation because persons encountering DEFENDANTS and their services will believe that they are affiliated with or related to or has the approval of HMN, and any adverse reaction by the public to DEFENDANTS, such as the criminal charges and consumer complaints levied against DEFENDANTS, will and has injured the business reputation of HNM and the goodwill that it enjoys in connection with its trademarks.

WHEREFORE, Plaintiffs pray:

1.     That DEFENDANTS, and each of them, be preliminarily and permanently enjoined from: (a) using HMN trademarks depicted in Exhibits "B" and "C," or any colorable imitation thereof; (b) using any trademark that imitates or is confusingly similar to HMN's "HERMANDAD MEXICANA NACIONAL" trademark, or that is likely to cause confusion, mistake, deception, or public misunderstanding as to the origin of DEFENDANTS' services or their connection to HMN.

2.     That DEFENDANTS be required to file with the Court and serve on HNM within thirty (30) days after entry of the Injunction, a report in writing under oath setting forth in detail the manner and form in which DEFENDANTS have complied with the Injunction;

3.     That, pursuant to 15 U.S.C. § 1117, DEFENDANTS be held liable for all damages, actual and statutory, suffered by HMN resulting from the acts alleged herein;

4.     That, pursuant to 15 U.S.C. § 1117, DEFENDANTS be compelled to account to HMN for any and all profits derived by it from its illegal acts complained of herein;

-13-

COMPLAINT

1    5.    That DEFENDANTS be compelled to compensate HMN for the

2    costs associated with corrective advertisement;

3    6.    That the DEFENDANTS be ordered pursuant to 15 U.S.C. §

4    1118 to deliver up for destruction all containers, labels, signs, prints,

5    packages, wrappers, receptacles, advertising, promotional material or the

6    like in possession, custody or under the control of DEFENDANTS bearing a

7    trademark found to infringe HMN'S trademark rights, as well as all plates,

8    matrices, and other means of making the same;

9    7.    That the Court declare this to be an exceptional case and award

10   HMN its full costs and reasonable attorneys' fees pursuant to 15 U.S.C. §

11   1117;

12   8.    That the Court grant HMN any other remedy to which it may be

13   entitled as provided for in 15 U.S.C. §§ 1116 and 1117 or under state law;

14   and,

15   9.    For such and other further relief that the court deems just and

16   proper

17

18   DATED:  June 15, 2016              Taylor Law Group, APC

19

20

21                                By:_____

22                                      Daniel J. Taylor
                                       Attorney for Plaintiff HERMANDAD
23                                     MEXICANA NACIONAL

24

25

26

27

28

1

## **DEMAND FOR JURY TRIAL**

2          Defendant Hermandad Mexicana Nacional hereby demands a

3    trial by jury.

4

5

6    DATED:  June 15, 2016              Taylor Law Group, APC

7

8

9                              By: *Daniel Taylor*

10                                 Daniel J. Taylor
                                   Attorney for Plaintiff HERMANDAD
11                                 MEXICANA NACIONAL

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT "A"



# MIKE FEUER
Los Angeles City Attorney

  

GET UPDATES   🔍 SEA...

UNITS A - Z
GUN VIOLENCE

MEET MIKE

HOME    OFFICE    GET HELP    VICTIM SERVICES    NEIGHBORHOOD PROSECUTORS    COMMUNITY JUSTICE    NEWS

## City Attorney Mike Feuer Files Multiple Criminal Charges Following Undercover Investigation, Consumer Complaints of Immigration Scams

**March 31, 2016**



LOS ANGELES – Continuing his focus on stopping scams targeting immigrants, City Attorney Mike Feuer today announced that his office has filed multiple criminal charges against a San Fernando Valley woman, her immigration consulting business, and two associates following consumer complaints and an undercover investigation. On at least two occasions alleged actions by the business have adversely impacted the immigration status of victims.

**"My office continues to fight to prevent immigration fraud schemes from ripping off families and destroying their dreams," said City Attorney Feuer. "Scam artists who attempt to victimize immigrants will be prosecuted to the fullest extent of the law."**

**"The Los Angeles County Department of Consumer and Business Affairs is committed to educating, defending, and speaking up for the County's most vulnerable residents," said Brian J. Stiger, Director. "If you believe you've been a victim of an immigration service or any other scam, we want to help you."**

Gloria Dora Saucedo, 65, and her business Hermandad Mexicana Transnacional, Inc. (7915 Van Nuys Boulevard) were each charged with five misdemeanor counts including: three counts of failing to comply with the Immigration Consultants Act  and two counts of unlicensed practice of law. Business associates Carmen Onchi, 27 and Maria Chavez, 33 were also charged with one count of unlicensed practice of law. If convicted, Saucedo faces up to five years in jail and $32,000 in fines. The other defendants could face up to one year in jail and $1,000 in fines.

Arraignment is scheduled for April 15, 2016 in Department 48 of the Criminal Courts

## Featured Posts

## Recent Posts

Prosecutors Against Gun Violence Supports Legislation to Prohibit Terrorists from Owning or Purchas...
June 16, 2016

LA's Landmark Billboard Ban Stands After Supreme Court Refuses to Review Appellate Decision Upholdi...
June 10, 2016

City Attorney Mike Feuer Obtains Court Order with Key Guarantees Before South L.A. Oil Facility is...
June 9, 2016

City Attorney Mike Feuer Moves Aggressively to Enforce Requirement that Pregnancy Centers Accuratel...
May 23, 2016

City Attorney Mike Feuer Files Multiple Criminal Charges Against Alleged Flasher for Indecent Expos...
May 20, 2016

City Attorney Mike Feuer Secures Closure of Medical Marijuana Delivery Service; SpeedWeed to Cease...
May 13, 2016

City Attorney Mike Feuer Launches Effort to Bring Needed Services to Homeless

Building. Deputy City Attorney Onica Cole is prosecuting the case.

In September 2012, the Los Angeles County Department of Consumer and Business Affairs (DCBA) received a complaint from a consumer alleging that she had paid $4,275 to employees from Hermanad Mexicana for assistance in obtaining a U Visa. The customer allegedly did not receive any service and was later denied an immigration petition for failure to submit the requested documentation. Investigators subsequently conducted three undercover investigations in 2014 and noted numerous violations of the Immigrant Consultant Act including employees allegedly providing legal advice on two occasions.

In a separate incident reported in February 2016, a victim paid $2,500 to Hermandad Mexicana after consulting with the defendants in order to adjust her immigration status after her husband, a U.S. Navy veteran, passed away in December 2014. The victim was later denied permanent residency after Hermandad Mexicana failed to inform the victim to appear for an interview with Immigration officials. The business allegedly also failed to inform the victim about subsequent correspondence from immigration officials notifying the victim to respond to her case or immediately leave the country. As a result of these errors, the victim was denied her residency status and the Social Security Administration canceled her monthly benefits from her late husband due to her unlawful status in the United States.

**Immigration consultants are not lawyers and have a very limited and specific role in helping someone complete the process to change their immigration status. The limited services immigration consultants can offer include completing immigration forms but can't tell consumers which forms they need, translating answers without advising consumers what answers to provide, securing supporting documents, submitting forms and making free referrals to licensed attorneys.**

**Immigration consultants must give customers a written contract, in English and in the consumer's language that gives customers a three-day right to cancel it without any charge. Immigration consultants must also post signs to make it clear that they are not licensed attorneys, and they must tell customers that they can't provide legal advice.**

The prosecution of Saucedo is part of an ongoing comprehensive enforcement and education campaign spearheaded by City Attorney Feuer, DCBA, and legal aid organizations to address immigration scams. Individuals who believe they have been a victim of Hermandad Mexicana should call DCBA investigators Annette Gonzalez at 323-881-7099, or Janet Godoy at 213-974-7241. Other consumers who believe they are victims of immigration consultant fraud should contact the DCBA at (800) 593-8222, or file a complaint with DCBA's website.

Consumers can find additional tips and information on the City Attorney's website and on DCBA's website. Information on U Visa's is also available.

Tags   immigration   fraud   Mike Feuer   Brian Stiger   Los Angeles County
Consumer Affairs   Hermandad Mexicana

Youth
May 12, 2016

Los Angeles City Attorney Mike Feuer Secures Settlement with Good Samaritan Hospital over Allegatio...
April 21, 2016

City Attorney Mike Feuer Secures Conviction Against Gun Dealer for Illegal Sale of High Capacity Ma...
April 13, 2016

City Attorney Mike Feuer Takes Action to Take Back South L.A. Neighborhood from Notorious 18th Stre...
April 7, 2016



  

Mike Feuer
Los Angeles City Attorney
James K. Hahn City Hall East, Suite 800
Los Angeles, CA 90012
213-978-8100   mike.n.feuer@lacity.org

UPDATES

EXHIBIT "B"

# United States of America

## United States Patent and Trademark Office

 Hermandad
Mexicana
Nacional

Reg. No. 4,558,373

Registered July 1, 2014

Int. Cl.: 35

SERVICE MARK

PRINCIPAL REGISTER

HERMANDAD MEXICANA NACIONAL (CALIFORNIA CORPORATION)
11559 SHERMAN WAY
NORTH HOLLYWOOD, CA 91605

FOR: CHARITABLE SERVICES, NAMELY, ORGANIZING AND CONDUCTING VOLUNTEER PROGRAMS AND COMMUNITY SERVICE PROJECTS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-0-1976; IN COMMERCE 11-0-1976.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HERMANDAD MEXICANA NACIONAL", APART FROM THE MARK AS SHOWN.

THE COLOR(S) GREEN, WHITE, RED AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF STARTING ON THE LEFT, A GREEN VERTICAL STRIPE, WHITE VERTICAL WITH BLACK OUTLINE OF HANDS SHAKING, RED VERTICAL STRIPE, THE WORDING "HERMANDAD MEXICANA NACIONAL" IN BLACK TO THE RIGHT OF THE RED STRIPE.

THE ENGLISH TRANSLATION OF "HERMANDAD MEXICANA NACIONAL" IN THE MARK IS "NATIONAL MEXICAN BROTHEROOD".

SER. NO. 85-881,113, FILED 3-20-2013.

LANA PHAM, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

EXHIBIT "C"

# United States of America

## United States Patent and Trademark Office

# Hermandad Mexicana Nacional

Reg. No. 4,512,889

Registered Apr. 8, 2014

Int. Cl.: 35

**SERVICE MARK**

**SUPPLEMENTAL REGISTER**

HERMANDAD MEXICANA NACIONAL (CALIFORNIA CORPORATION)
11559 SHERMAN WAY
NORTH HOLLYWOOD, CA 91605

FOR: CHARITABLE SERVICES, NAMELY, ORGANIZING AND CONDUCTING VOLUNTEER PROGRAMS AND COMMUNITY SERVICE PROJECTS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-0-1976; IN COMMERCE 11-0-1976.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE ENGLISH TRANSLATION OF "HERMANDAD MEXICANA NACIONAL" IN THE MARK IS "NATIONAL MEXICAN BROTHERHOOD".

SER. NO. 85-953,752, FILED P.R. 6-7-2013; AM. S.R. 11-26-2013.

LANA PHAM, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

EXHIBIT "D"

801 S. Grand Ave.
11th Floor
Los Angeles, CA 90017

# FISHER & TALWAR

PROFESSIONAL LAW CORPORATION

PH   (213) 891-0777
FAX  (213) 891-0775
www.fishertalwar.com

Vibhu Talwar, Esq.
vt@fishertalwar.com

July 30, 2013

Ms. Gloria Saucedo
Hermandad Mexicana Transnacional
7915 Van Nuys Blvd.
Van Nuys, CA. 91402

## SERVICE MARK CEASE & DESIST LETTER

Dear Ms. Saucedo:

Our firm represents Hermandad Mexicana Nacional Corporation, a California non-profit corporation ("Hermandad").  For many years, Hermandad has provided immigration services throughout Southern California under the name *Hermandad Mexicana Nacional* ("HMN"). HMN has developed an excellent reputation in the community and substantial business goodwill. The business' logo is a registered United States service mark (U.S. Federal Trademark Registration No. 8588113).   The service mark and business name are known throughout California and other states as being closely affiliated with Hermandad Mexicana Nacional Corporation.

We have discovered that you and/or your company are intentionally trading on our client's goodwill by using Hermandad Mexicana Nacional or another variation thereof, which is confusingly similar to our client's name and/or service mark.

It is clear that your use of the above-referenced name and/or service mark is intended to (and actually does) confuse and misdirect members of the public seeking our client's services. Any such activity, including without limitation, advertising, displaying signage, and/or answering phone calls in a manner that would lead a consumer to believe your business is the same as or affiliated with our client's business is unlawful and must immediately cease.  This activity is actionable under federal law and causes you to be liable to our client in California and other states, if any, in which you have provided immigration services to members of the public. Your activities are unlawful and constitute unfair competition, intentional service mark infringement and service mark dilution.

Federal trademark law provides numerous remedies for trademark/service mark infringement and dilution, including, but not limited to, preliminary and permanent injunctive relief, money damages, disgorgement of profits, and where intentional infringement is shown, attorneys' fees and treble money damages.

Ms. Gloria Saucedo
July 30, 2013
Page 2 of 2

Our client can file a lawsuit against you seeking (1) preliminary and permanent injunctions, (2) money damages, (3) compensation equal to your profits, (4) reimbursement of our attorney's fees, and (5) a court order that you compensate our client for damages to its company's goodwill.

We prefer to resolve this matter without taking legal action, but are prepared to file a lawsuit if necessary to protect our client. You may avoid legal action by having an authorized representative of your company respond to this letter by no later than August 15, 2013.

The statement of facts set forth in this letter is not intended to be, nor shall it be deemed to be, a full and complete statement of the facts in this matter. This letter is not intended to be a complete statement of our rights, and shall not be construed as a waiver of any legal or equitable rights or remedies, all of which are expressly reserved.

Please direct any communications regarding this matter to my attention.

Very truly yours,

Vibhu Talwar

EXHIBIT "E"



 **INICIO**    **QUIÉNES SOMOS?**    **OFICINAS**



**SERVICIOS**    **LÍDERES**    **CONTÁCTENOS**



# Luchando por tus Derechos

## Hermandad Mexicana Transnacional

Una organizacion lider en apoyo y defensa de la comunidad latina immigrante en Los Estados Unidos.

# Hermandad Mexicana Transnacional

Ayudando a Nuestra Comunidad desde 1951

## Un vistazo a Nuestra Trayectoria

En 1951 Hermandad Mexicana Nacional fue fundada por Felipe Usquiano. En 1968

Humberto Corona junto con Soledad Alatorre fundaron la etapa moderna de Hermandad Mexicana. La primera oficina de Hermandad Mexicana se abrió en la ciudad de Los Ángeles, CA.

En la Actualidad- Existen un total de siete extensiones en la costa oeste de los EE.UU. que llevan en sus siglas "Hermandad Mexicana" (Nacional, Latinoamericana, Transnacional) las cuales operan mayormente en el estado de California y Nevada en las ciudades y condados de sus alrededores.

Hermandad Mexicana Transnacional es una organización no lucrativa y no gubernamental que ayuda a la comunidad inmigrante en su proceso de legalización y naturalización en los Estados Unidos.

**Conoce a Nuestros Líderes** ❯



Todos Unidos por una Reforma Migratoria **–** con nuestra Líder **–** Gloria Saucedo

# OFICINAS

## ¡Siempre Cerca de ti!



### Palmdale, CA.          Panorama City, CA.

Es muy importante si tienes alguna pregunta puedes comunicarte a Nuestras Oficinas, ya que encontraras una oficina cerca de tu comunidad, donde esperamos formes también parte de la historia de miles de inmigrantes, en su proceso migratorio.

Esperamos su visita en nuestras oficinas y esperamos poder ser parte en su proceso migratorio.

**Contactenos**          **Lista de Servicios**

# SERVICIOS

## EN QUE TE AYUDAMOS?

 **Ciudadanía**

Te ayudamos a llenar y preparar tus formas para la ciudadanía americana.

 **Clases de Ciudadanía**

Nosotros podemos ayudarte a prepararte para tu examen de Ciudadanía. Las clases son GRATIS.

 **DACA – Acción Diferida**

DACA es un permiso de trabajo que se les ha otorgado las personas que llegan a Estados Unidos en la infancia.

 **Peticiones Familiares**

Como ciudadano de los Estados Unidos, usted puede e pedir a ciertos miembros de su familia.



## Ajustes de Residencia

Es conocido comúnmente como Ajuste de Estados al cambio individual de estatus migratorio de temporal a permanente.

## y Mucho Más

Clases de Ciudadanía en Español, Proceso Consular, Visa para Víctimas de Crímenes o Violencia Domestica, Renovaciones de Permiso de Trabajo, TPS, Record de Inmigración, etc.



# Nuestros Líderes

Legalización SI - Deportación NO



## Gloria Saucedo

Posición: **Directora**

Oficina: **Van Nuys, CA.**



## Dora Palominos

Posición: **Directora**

Oficina: **Palmdale, CA.**

# Nuestro feed de twitter

**Please fill all widget settings!**

# Noticias recientes sobre Inmigración



URGENTE: Algunos
Receptores de DACA

*July 27, 2015*

No Permita que su Permiso
de Empleo Caduque;

*June 15, 2015*

# CONTACTENOS

Estamos aquí para ayudarle

[(661) 526-7117](tel:6615267117)

# Envíenos un mensaje

Tu nombre (requerido)

Tu Email (requerido)

Teléfono (opcional)

Tu mensaje o pregunta

Enviar

 Hermandad Mexicana Transnacional 2016 ®

EXHIBIT "F"

hermandad llas vegas

INICIO (/)          NUESTRA HISTORIA (/NUESTRA-HISTORIA.HTML)

NUESTROS SERVICIOS (/NUESTROS-SERVICIOS.HTML)        EVENTOS (/EVENTOS.HTML)

CONTACTENOS (/CONTACTECTENOS.HTML)



## Quiénes somos

Hermandad Mexicana Transnacional es una organización no-lucrativa y no gubernamental, basada en la comunidad, sirviendo a familias de trabajadores inmigrantes Latinoamericanos en su gran mayoría mexicanos, Centro y suramericanos. HMT aboga por unir y orientar a los trabajadores inmigrantes, independientemente de su raza, nacionalidad, origen nacional, religión, idioma, sexo, edad y estado migratorio. Nuestra misión es de defender y abogar por los derechos de la comunidad inmigrante, buscar integración completa en la vida civil e instituciones de este país sin importar su estado legal.

Estamos acreditados y reconocidos bajo 8 C.F.R y 1292.2 (a) por la Junta de Apelaciones de Inmigración (BIA).

## Nuestra Misión

Proveer consejería legal confiable, mejoramiento social, educacional y económico en la comunidad al igual que estar comprometidos a promover auto eficacia, unidad familiar y empoderamiento de la comunidad.

## Nuestra Visión

Hacer un gran impacto al crear capacidad atreves de educación trabajando con transparencia y credibilidad para conservar la confianza de nuestra comunidad.

### Objetivos

1. Proporcionar orientación y educación en asuntos de inmigración.

2. Establecer contacto cercano con la comunidad en su desarrollo mediante

3. Servir como adversarios en las situaciones que afectan a la comunidad Latina.

## Who We Are

Hermandad Mexicana Transnacional is a community based, non-profit organization serving working, Latin-American families who are mainly Mexican, Central and South Americans. HMT advocates to unite and guide working immigrants, independent of their race, nationality, nation of origin, religion, language, sex, age and immigration status. Our mision is to defend and advocate for the right of the immigrant community, seeking complete integration in civil life and institutions of this country regardless of their immigration status.

We are accredited and recognized under 8 C.F.R & 1292.2 (a) by the Board of Immigration Appeals (BIA).

## Our Mission

To provide truthful legal advice, social, educational and economic improvement in our community in addition to be committed to promoting self-efficiency, family unity and community empowerment.

## Our Vision

To make a strong impact by building capacity through education by working with transparency and credibility to conserve the trust of our serving community.

### Objectives

1. To provide orientation and education on immigration topics.

2. To engage the community in its development through activities and civic events.

3. To serve as an advocate on immigration issues.

4. To provide partnership with other agencies.

4. Crear relaciones con otras organizaciones, actividades, y
acontecimientos cívicos.

2900 E. Stewart Ave Las Vegas, NV 89101

hermandad las vegas

EXHIBIT "G"

  75°

WEATHER ALERT  High Surf Advisory

 SILVER LAKE

NEWS

# IMMIGRATION CONSULTANT FACING CRIMINAL CHARGES FOR FAILING TO HELP CLIENTS



An undercover operation leads to criminal charges against an immigration services consultant. (KABC)

   

 By Mayde Gomez and ABC7.com staff

Friday, April 01, 2016

LOS ANGELES (KABC) -- It took two years of undercover work, but on Thursday, Los Angeles County and city authorities announced criminal charges against an unlicensed immigration consultant.

"Five criminal counts against Gloria Dora Saucedo and her business, Hermandad Mexicana Transnacional Inc.," said Los Angeles City Attorney Mike Feuer.

Feuer says Saucedo, 65, consulted immigrants but failed. She has been charged with practicing law without a license and failing to help clients who paid her thousands of dollars to secure residency status for them.

"They have hopes and dreams for themselves and for their families, but those hopes and dreams often result in scam artists coming out of the woodwork to try to take advantage of people," Feuer said.

Maria Delga

"I realized th

 

was closed. In reality, my case had been denied. It was denied because Hermandad Mexicana Transnacional did not inform me about my interview with immigration," Delgado said in Spanish.

We caught up with Saucedo at her office in Panorama City. She said she was not trying to hurt anyone.

Saucedo apologized to the victim and said there was a lack of communication in her case. Hermandad Mexicana Transnacional is still open, but Feuer says he will ask a judge to shut the place down during the arraignment on April 15.

Saucedo helped 10-year-old Jersey Vargas travel to see Pope Francis in 2014 and 5-year-old Sophie Cruz embrace him on his trip to Washington last year.

Authorities say one of Saucedo's clients, who paid her $2,500, was ordered to leave the country after Saucedo didn't file immigration papers for her.

If Saucedo is convicted of the crimes, she could face up to 5 years in jail and $35,000 in fines.

*The Associated Press contributed to this report.*

**Related Topics:**



news   immigration   fraud   Panorama City   Los Angeles County

Share   G+1   Tweet

(Copyright ©2016 KABC-TV. All Rights Reserved.)

## YOU MIGHT ALSO LIKE



Best New Smartphones 2016: What You Should Know
Yahoo Search



Cheap K-Cup Secrets: 3 Smart Ways to Save on Coffee
Coffee Magazine



1 Reason To Do This Every Time You Use The Internet
Smarter Web Life



Psoriatic Arthritis Symptoms: What You Should Know
Yahoo Search



World War II Photos That Will Make Your Jaw Drop
Standard News



30 Puppies Too Cute to Handle
mom.me

## FROM AROUND THE WEB

What Might Be Causing That Crick in Your Neck (Excedrin)

These yoga pants are the fasting selling pants in history (Glamour)

The New 2016 Crossovers (Yahoo Search)

Find help low

The Spouses (Photos) (His

## MORE FROM ABC7

Father of CSULB student killed in Paris attacks sues social media companies

Daughter of Inglewood Mayor James Butts accused of hiring friend to attack landlord with metal bat

officials



SAMSUNG   A 2-in-1 Tab for a do-it-all Dad.   Save $100 on the Galaxy TabPro S* this Father's Day   *Offer Valid 6/12-6/25. Restrictions Apply Screen Images simulated   amazon Available Now   Windows 10   intel